IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBRA BISHOP, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No.: 3:12-cv-798 ) ) |
| CAPITAL MANAGEMENT SERVICES, LP | ) ) |
| Defendant | ) ) ) |

**STIPULATION FOR DISMISSAL TO VOLUNTARILY DISMISS**

**THIS ACTION WITH PREJUDICE AGAINST DEFENDANT**

Now comes the Plaintiff, Debra Bishop, by her attorney, Angela K. Troccoli, Esquire, hereby stipulates and agrees that the action filed against the Defendant, Capital Management Services, LP, be Dismissed, with prejudice, each party to bear their own attorneys fee and with all rights of appeal waived.

DEBRA BISHOP,

By her Attorney.

/s/ *Angela K. Troccoli*
Angela K. Troccoli, Esquire, Id# ct28597
Kimmel & Silverman, P.C.
*The New England Office*
136 Main St., Suite 301
Danielson, CT 06239
Phone: (860) 866-4380
Facsimile: (860) 263-0919
Email: atroccoli@creditlaw.com

Dated: September 26, 2012

**CERTIFICATE OF SERVICE**

I, Angela K. Troccoli, Esquire, hereby certify that I have this 26th day of September 2012 a copy of the foregoing was filed electronically and served by email on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by email to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

CAPITAL MANAGEMENT SERVICES, LP
Cory Magnuson
726 Exchange St., Ste. 700
Buffalo, NY 14210
716-566-2667
Cory.Magnuson@cms-collect.com

　　　　　　　　　　　　　　　　　　　　　*/s/ Angela K. Troccoli*
　　　　　　　　　　　　　　　　　　　　　Angela K. Troccoli, Id# ct 28597